## CORNELIUS J. HARGROVE *v.* COMMISSIONER OF CORRECTION

The petitioner Cornelius J. Hargrove's petition for certification for appeal from the Appellate Court, 117 Conn. App. 901 (AC 29817), is denied.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Frederick W. Fawcett,* special assistant state's attorney, in opposition.

Decided December 1, 2009